UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JENZABAR, INC. and CARS INFORMATION SOLUTIONS CORPORATION, | ) ) ) ) | CIVIL ACTION NO. 03-11345 NMG |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DYNAMIC CAMPUS SOLUTIONS, LLC, MICHAEL L. GLUBKE, RICHARD W. MIDDAUGH and DOROTHY HESS, | ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' REPLY TO PLAINTIFFS' COUNTERCLAIMS

Now come Defendants Dynamic Campus Solutions, LLC ("DCS"), Michael L. Glubke, Richard W. Middaugh and Dorothy Hess (collectively "Defendants"), and reply to Plaintiffs' Counterclaims raised in their Reply To Counterclaims as follows:

### COUNT VII
### INDEMNIFICATION (Michael Glubke)

1. Defendants repeat and re-allege their answers to paragraphs 1 through 83 of Defendants' Answer To The Amended Complaint.

2. Defendants admit the allegations of paragraph 2 of Plaintiffs' Reply To Counterclaims.

3. Defendants deny the allegations of paragraph 3 of Plaintiffs' Reply To Counterclaims. Defendants further state that although Mr. Middaugh submitted his requests for reimbursement through Mr. Glubke, Mr. Glubke did not have final authority to approve or deny

reimbursement.  Rather, final authority to approve or deny reimbursements rested with the Chief Financial Officer of Plaintiffs.

4.     Defendants deny the allegations of paragraph 4 of Plaintiffs' Reply To Counterclaims.

5.     Defendants deny the allegations of paragraph 5 of Plaintiffs' Reply To Counterclaims.

### COUNT VIII
### RESTITUTION/UNJUST ENRICHMENT (Michael Glubke)

6.     Defendants repeat and re-allege their answers to paragraphs 1 through 83 of the Defendants' Answer To The Amended Complaint and paragraphs 1 through 5 above.

7.     Defendants admit the allegations paragraph 7 of Plaintiffs' Reply To Counterclaims.

8.     Defendants deny the allegations of paragraph 8 of Plaintiffs' Reply To Counterclaims, except they admit that Plaintiffs and Mr. Glubke negotiated the terms of a severance agreement.

9.     Defendants deny the allegations of paragraph 9 of Plaintiffs' Reply To Counterclaims, except they admit that pursuant to the severance agreement, Plaintiffs paid Glubke for four months following his resignation and that Plaintiffs ceased making payments under the severance agreement in September, 2002.

10.    Defendants deny the allegations of paragraph 10 of Plaintiffs' Reply To Counterclaims.

11.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of Plaintiffs' Reply To Counterclaims and, therefore, deny same, except they admit that Glubke relocated to California.

12. Defendants deny the allegations of paragraph 12 of Plaintiffs' Reply To Counterclaims.

13. Defendants deny the allegations of paragraph 13 of Plaintiffs' Reply To Counterclaims.

14. Defendants deny the allegations of paragraph 14 of Plaintiffs' Reply To Counterclaims.

## **DEFENSES**

### FIRST DEFENSE

Plaintiffs' Counterclaims fail, in whole or in part, to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' Counterclaims are barred, in whole or in part, by the equitable doctrines of waiver, estoppel and/or unclean hands.

### THIRD DEFENSE

Plaintiffs have failed to mitigate any damages to which they may otherwise be entitled.

### FOURTH DEFENSE

Any injury suffered by Plaintiffs was caused solely by their own conduct and/or their own negligence.

### FIFTH DEFENSE

Plaintiffs' Counterclaims are barred by their own breaches of contract.

## SIXTH DEFENSE

Plaintiffs' Counterclaims are barred because Plaintiffs failed to move to amend their answer to raise these claims.

        DYNAMIC CAMPUS SOLUTIONS, LLC,
        MICHAEL L. GLUBKE,
        RICHARD W. MIDDAUGH and
        DOROTHY HESS,

        By their Attorneys,


        /s/__Kathryn E. Abare_____
        David M. Felper, BBO #162460
        Kathryn E. Abare, BBO #647594
        Bowditch & Dewey, LLP
        311 Main Street
        P.O. Box 15156
        Worcester, MA  01615-0156
        (508) 926-3452

Dated:  September 22, 2004